UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| UNITED STATES OF AMERICA, | **INFORMATION** |
| Plaintiff | CRIM. NO. 8:11-PO-00041(LAK) |
| v. | Vio:   8 U.S.C. §1325(a)(1)<br>(Illegal Entry) |
| **NOKOUR ALI,** | County of Offense: Franklin |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 10, 2011, in the State and Northern District of New York, the defendant, **NOKOUR ALI,** an alien and citizen of Chad, entered the United States at a time and place other than as designated by immigration offieers.

In violation of Title 8, United States Code, Section 1325(a)(1).

                                         RICHARD S. HARTUNIAN
                                         UNITED STATES ATTORNEY

BY: *[signature]*
                                         Julie S. Pfluger
                                         Assistant United States Attorney
                                         BAR ROLL #516475